1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  KARISSA D. NEFF
   Assistant United States Attorney
4  Nevada Bar No. 9133
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6271
6  Karissa.Neff@usdoj.gov

7  *Attorneys for the United States*

8
                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**

10 JOSEPH HOLLEY INDIVIDUALLY            Case No. 2:24-CV-01629-JAD-DJA
   AND ON BEHALF OF THE TE-MOAK
11 TRIBE OF WESTERN SHOSHONE             **Motion to Admit Government**
   INDIANS OF NEVADA as Tribal           **Attorney to Practice in the District of**
12 Council Chairman,                     **Nevada for the Duration of Attorney's**
                                         **Government Employment**
13               Plaintiffs,

14      v.

15 UNITED STATES DEPARTMENT OF
   THE INTERIOR, BUREAU OF
16 INDIAN AFFAIRS; and DARRYL
   LACOUNTE, as Director of the Bureau
17 of Indian Affairs,

18               Defendants.

19      Pursuant to LR IA 11-3, the United States of America respectfully requests that the

20 Court admit Government attorney Amber Dutton-Bynum to practice in the District of

21 Nevada for the above-captioned case and in all matters in this district during her period of

22 employment by the United States. Local Rule IA 11-3 provides:

23      Unless the court orders otherwise, any attorney who is a member in good
        standing of the highest court of any state, commonwealth, territory, or the
24      District of Columbia, who is employed by the United States as an attorney and
        has occasion to appear in this court on behalf of the United States, is entitled
25      to be permitted to practice before this court during the period of employment
        upon motion by the employing federal entity, the United States Attorney, the
26      United States Trustee's Office, or the Federal Public Defender for this district
        or one of the assistants.
27

28

Ms. Dutton-Bynum is a licensed attorney and a member in good standing of the District of Columbia Bar (Bar No. 1778319).  Ms. Dutton-Bynum is a Trial Attorney for the U.S. Department of Justice in the Environment and Natural Resources Division, Natural Resources Section, in Washington, D.C.  Her contact information is as follows:

> Amber Dutton-Bynum
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 305-0465
> Email: Amber.Dutton-Bynum@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Amber Dutton-Bynum to practice in the District of Nevada for the duration of her employment by the United States.

Respectfully submitted this 16th day of September 2024.

JASON M. FRIERSON
United States Attorney

 /s/ Karissa Neff
KARISSA NEFF
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 19, 2024