JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6271
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH HOLLEY INDIVIDUALLY AND ON BEHALF OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA as Tribal Council Chairman,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS; and DARRYL LACOUNTE, as Director of the Bureau of Indian Affairs,<br><br>Defendants. | Case No. 2:24-CV-01629-JAD-DJA<br><br>**Motion to Admit Government Attorney to Practice in the District of Nevada for the Duration of Attorney's Government Employment**<br><br>[ECF No. 9] |

Pursuant to LR IA 11-3, the United States of America respectfully requests that the Court admit Government attorney Michelle Ramus to practice in the District of Nevada for the above-captioned case and in all matters in this district during her period of employment by the United States. Ms. Ramus will represent the U.S. Department of the Interior, Bureau of Indian Affairs, and Darryl LaCounte, in his official capacity as the Director of the Bureau of Indian Affairs (collectively, "Federal Defendants") in this matter.

Local Rule IA 11-3 provides:
> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled

to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Ms. Ramus is a licensed attorney and a member in good standing of the District of Columbia Bar (Bar No. 1617481).  Ms. Ramus is a Trial Attorney for the U.S. Department of Justice in the Environment and Natural Resources Division, Natural Resources Section, in Washington, D.C.  Her contact information is as follows:

> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 514-2598
> Email: Michelle.Ramus@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Michelle Ramus to practice in the District of Nevada for the duration of her employment by the United States.

Respectfully submitted this 24th day of September 2024.

JASON M. FRIERSON
United States Attorney

 /s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 24, 2024

2