TODD KIM
Assistant Attorney General

Amber Dutton-Bynum
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 200044-7611
Tel: (202) 305-0465
Amber.Dutton-Bynum@usdoj.gov

Michelle Ramus
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 200044-7611
Tel: (202) 514-2598
Michelle.Ramus@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH HOLLEY INDIVIDUALLY AND ON BEHALF OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA as Tribal Council Chairman, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS; and Bryan Mercier, as Acting Director of the Bureau of Indian Affairs, <br><br> Defendants. | Case No. 2:24-cv-01629 <br><br> **Joint Motion to Modify Schedule for the Filing of Joint Status Reports** |

On October 7, 2024, this Court ordered the parties—Plaintiff Joseph Holley ("Plaintiff"); Federal Defendants, U.S. Department of the Interior, Bureau of Indian Affairs, and Bryan Mercier, in his official capacity as Acting Director of the BIA (collectively, "Federal Defendants"); Intervenor Plaintiff Housing Authority of the Te-Moak Tribe of Western Shoshone Indians of Nevada ("Housing Authority"); and Intervenor Plaintiff Steven McDade

1

1  ("Mr. McDade")—to file a Joint Status Report on November 1, 2024, and every 28 days
2  thereafter.  ECF No. 34.  The Parties filed their first Joint Status Report on November 1, 2024.
3  ECF Nos. 38–39.  Their next Joint Status Report is due November 29, 2024.  Federal Rule of
4  Civil Procedure 6(b)(1) permits an enlargement of time for good cause, such as that requested
5  herein, "if a request is made, before the original time or its extension expires."  Good cause
6  exists for a brief seven-day extension of the next joint status report deadline, with the future
7  deadlines resuming every 28 days thereafter.  This is the first request to modify the schedule.

8        The day before the current deadline is November 28, 2024, which is a federal holiday.
9  The next deadline is currently December 27, 2024, which falls between two additional federal
10 holidays, December 25, 2024, and January 1, 2025.  Undersigned counsel for Federal
11 Defendants has long-planned leave for the holidays scheduled for November 27 through 29,
12 2024, and December 27, 2024, through January 2, 2025.  By extending the deadline for the next
13 joint status report by seven days to December 6, 2024, with the future deadlines resuming every
14 28 days thereafter, the following joint status report would be due January 3, 2025.

15        On November 21, 2024, undersigned counsel for Federal Defendants discussed the
16 instant motion with Plaintiff's counsel, the Housing Authority's counsel, and Mr. McDade via
17 email.  Plaintiff's counsel, the Housing Authority's counsel, and Mr. McDade indicated they
18 would join the motion.  For the foregoing reasons, the parties respectfully request that this joint
19 motion to modify the schedule for the filing of Joint Status Reports be granted.  A proposed order
20 is attached.

21        * * *

1  DATED this 22nd day of November, 2024.    DATED this 22nd day of November, 2024.

2  SEMENZA RICKARD LAW    THE LAW OFFICES OF CHARLES R. ZEH, ESQ.

3  */s/ Jarrod L. Rickard, Esq.*    */s/ Charles R. Zeh, Esq.*
Jarrod L. Rickard, Esq., Bar No. 10203    Charles R. Zeh, Esq., Bar No. 1739
4  10161 Park Run Drive, Ste. 150    Pete Cladianos III, Esq., Bar No. 8406
Las Vegas, Nevada 89145    50 West Liberty Street, Suite 950
5  &    Reno, NV 89501
JOHN W. MUIJE & ASSOCIATES    *Attorneys for the Housing Authority of the*
6  John W. Muije, Esq., Bar No. 2419    *Te-Moak Tribe of Western Shoshone Indians of*
3216 Lone Canyon Court    *Nevada*
7  N. Las Vegas, NV 89031

8  *Attorneys for Plaintiff*

9

10  DATED this 22nd day of November, 2024.    DATED this 22nd day of November, 2024.

11  TODD KIM, Assistant Attorney General

12  */s/ Michelle Ramus*    */s/ Steven Joseph McDade*
Michelle Ramus    Steven Joseph McDade
13  &    TeMoak Prosecutor
Amber Dutton-Bynum    PO Box 2568
14  United States Department of Justice    Elko, NV 89801
15  Environment & Natural Resources Division
Natural Resources Section
16  P.O. Box 7611
Washington, D.C. 200044-7611
17
18  JASON M. FRIERSON, Nevada Bar No. 7709
United States Attorney, District of Nevada
19  KARISSA D. NEFF, Nevada Bar No. 9133
Assistant United States Attorney
20  501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
21  *Counsel for Defendants*

22

23

24

25

26

27

28

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH HOLLEY INDIVIDUALLY AND ON BEHALF OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA as Tribal Council Chairman,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS; and Bryan Mercier, as Acting Director of the Bureau of Indian Affairs,

    Defendants.

Case No. 2:24-cv-01629

**[Proposed] Order Granting Joint Motion to Modify Schedule for the Filings of Joint Status Reports**

Having considered the Parties' Joint Motion to Modify Schedule for the Filing of Joint Status Reports in the above-captioned case, and pursuant to Federal Rule of Procedure Rule 6(b)(1), it is hereby ORDERED that the motion is GRANTED. Therefore, the Parties are to file their next Joint Status Report on December 6, 2024, and every 28 days thereafter, apprising the Court of whether the stay should remain or be lifted.

Dated: November 26, 2024.

_____
The Honorable Gloria M. Navarro
United States District Judge