SEMENZA RICKARD LAW
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone:  702-835-6803
Email:  jlr@semenzarickard.com

JOHN W. MUIJE & ASSOCIATES
John W. Muije, Esq., Bar No. 2419
3216 Lone Canyon Court
North Las Vegas, NV 89031
Telephone:  702-386-7002
Email: jmuije@muijelawoffice.com

THE LAW OFFICES OF CHARLES R. ZEH, ESQ.
Charles R. Zeh, Esq., Bar No. 1739
50 West Liberty St., Suite 950
Reno, NV 89501
Telephone:  775-323-5700
Email: crzeh@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVIS GONZALES individually and on behalf of THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA as Tribal Council Chairman; THE HOUSING AUTHORITY OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BRYAN NEWLAND, as Assistant Secretary – Indian Affairs; STEVEN MCDADE,<br><br>                    Defendants. | Case No.  2:24-cv-01629-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING JOINT SCHEDULING ORDER**<br><br>**(Seeks Modification of ECF No. 84)**<br>**(Second Request)** |

For the reasons provided herein, Plaintiffs Davis Gonzales individually and on behalf of the TeMoak Tribe of Western Shoshone Indians of Nevada as Tribal Council Chairman; the TeMoak Tribe of Western Shoshone Indians; and The Housing Authority of the Te-Moak Tribe of Western Shoshone Indians (collectively, "Plaintiffs"), by and through their undersigned counsel of record, Federal Defendants, United States Department of the Interior and Bureau of Indian Affairs (collectively, "Federal Defendants"), by and through their undersigned counsel of record, and Defendant Steven McDade ("McDade"), appearing pro per, (all together herein, the "Parties") have agreed, and hereby stipulate, to modify the Court's amended Scheduling Order (ECF No. 84) as set forth herein.

## I.  GOOD CAUSE SUPPORTS THE MODIFICATION

This is a case seeking judicial review under the Administrative Procedure Act ("APA") as well as declaratory relief.  The original Plaintiff Joseph Holley, individually and purportedly on behalf of the Te Moak Tribe of Western Shoshone Indians ("the Tribe"), filed the original Complaint on September 4, 2024.  (ECF No. 1.)  Plaintiffs filed an Amended Complaint on January 6, 2025.  (ECF No. 59.) On April 7, 2025, the Federal Defendants answered the Amended Complaint.  (ECF No. 76).  McDade filed an Answer on April 8, 2025.  (ECF No. 78.)

On May 22, 2025, the Court entered an Order approving the Parties' Joint Proposed Scheduling Order.  (ECF No. 81.)  Pursuant to the Stipulated Discovery Plan and Scheduling Order, the Parties agreed that summary judgment merits briefing should follow an initial period in which Federal Defendants provide their administrative record and allow Plaintiffs a period in which to file motions regarding supplementation of the record, whether the Court should consider extra-record evidence, or whether the Court should allow discovery.

On June 2, 2025, the Federal Defendants provided Notice of Service of the Administrative Record.  (ECF No. 82.)  Since that time, Plaintiffs have reviewed the administrative record.  On July 10, 2025, the Court granted Plaintiffs' Partially Unopposed Motion seeking a two-week extension of the deadline to file a motion challenging the administrative record. (ECF No. 84.)

The administrative record is very large, consisting of over three thousand pages of documents. Plaintiffs and the Federal Defendants have begun the process of meeting and conferring regarding the scope of the administrative record. Plaintiffs already provided an initial request, and the Federal Defendants already provided an initial response to Plaintiffs' request. However, there remains insufficient time before the current deadline to file a motion challenging the administrative record for the Parties to complete their meet and confer on the scope of the record. Accordingly, the Parties seek modification of the briefing schedule as set forth herein.

## II. REVISED SCHEDULE

Based on the foregoing, the Parties respectfully request that the schedule be revised as follows:

**A.    Time for Serving Certified Record.**

Completed and closed.

**B.    Schedule for Briefing on the Scope of the Record.**

In the event Plaintiffs file a motion challenging the scope of the administrative record, seeking for the Court to consider extra-record evidence, or seeking discovery:

(1) Such motion shall be filed by **August 28, 2025**. The filing of any such motion shall have the effect of vacating the summary judgment briefing schedule set forth below and the parties will propose a new schedule within fourteen days of the Court's ruling on the record/discovery motion.

(2) Federal Defendants shall file a response to any record/discovery motion by **September 18, 2025**.

(3) Any reply in support of a record/discovery motion shall be filed by **October 2, 2025**.

**C.    Schedule for Merits Briefing Absent Motion(s) Challenging the Record.**

In the event Plaintiffs do not file a motion challenging the scope of the administrative record, seeking for the Court to consider extra-record evidence or seeking discovery:

(1) The parties will file a Joint Proposed Scheduling Order for Merits Briefing no later than **September 11, 2025**.

3

Respectfully submitted,

DATED this 28th day of July, 2025.

SEMENZA RICKARD LAW

*Jarrod L. Rickard, Esq.*
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
&
JOHN W. MUIJE & ASSOCIATES
John W. Muije, Esq., Bar No. 2419
3216 Lone Canyon Court
N. Las Vegas, NV 89031
*Attorneys for Plaintiff Davis Gonzales, et al.*

DATED this 28th day of July, 2025.

THE LAW OFFICES OF CHARLES R. ZEH, ESQ.

*Charles R. Zeh, Esq.*
Charles R. Zeh, Esq., Bar No. 1739
Pete Cladianos III, Esq., Bar No. 8406
50 West Liberty Street, Suite 950
Reno, NV 89501
*Attorneys for Plaintiff the Housing Authority of the Te-Moak Tribe of Western Shoshone Indians of Nevada*

DATED this 28th day of July, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*Michelle Ramus, Esq.*
Michelle Ramus
&
Amber Dutton-Bynum
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 200044-7611

JASON M. FRIERSON, Nevada Bar No. 7709
United States Attorney, District of Nevada
KARISSA D. NEFF, Nevada Bar No. 9133
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Counsel for Defendants*

DATED this 28th day of July, 2025.

*Steven Joseph McDade*
Steven Joseph McDade
TeMoak Prosecutor
PO Box 2568
Elko, NV 89801
*Defendant*

**IT IS SO ORDERED**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/29/2025

4