**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVIS GONZALES, *et al.*,

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Case No.: 2:24-cv-01629-GMN-DJA

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISS**

Pending before the Court is the Motion Seeking Voluntary Dismissal of All Claims by Court Order Pursuant to Rule 41(a)(2), (ECF No. 119), filed by Plaintiffs and Federal Defendants. Defendant Steven McDade filed a Response, (ECF No. 121), to which Federal Defendants replied, (ECF No. 122). Because the Court finds the terms of dismissal proper, the Motion is GRANTED.

Plaintiffs and Federal Defendants move for voluntary dismissal of this case under Federal Rule of Civil Procedure 41(a)(2). Defendant McDade opposes dismissal arguing that he has multiple motions and cross claims pending against Plaintiffs and Federal Defendants. Defendant McDade is mistaken. First, the only motion pending in this action is the instant Motion Seeking Voluntary Dismissal. Second, this Court dismissed all of McDade's crossclaims/counterclaims. (*See* Order, ECF No. 85). The Court granted McDade leave to amend some of his crossclaims/counterclaims but warned that "[f]ailure to file an Amended Crossclaim/Counterclaim shall result in McDade proceeding only as a Defendant in this action." (*See id.* 10:9–10). McDade failed to file amended crossclaims/counterclaims by the deadline and thus proceeds as a Defendant only in this action. Accordingly, McDade has no pending crossclaims/counterclaims.

Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). For the reasons set forth in the Motion Seeking Voluntary Dismissal, the Court finds the terms of dismissal proper.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion Seeking Voluntary Dismissal of All Claims by Court Order Pursuant to Rule 41(a)(2), (ECF No. 119), filed by Plaintiffs and Federal Defendants is **GRANTED**.

The Clerk of Court is kindly directed to close the case.

Dated this 13 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court